# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jose Jimenez
                                      Plaintiff,

v.                                                                   Case No.: 1:16−cv−09008
                                                                        Honorable Jorge L. Alonso

Wild Stone Construction Corp., et al.
                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 21, 2017:

     MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Defendants' amended motion to dismiss for lack of jurisdiction [35] is withdrawn. Plaintiff's motion for court approval of settlement and dismissal of Plaintiff's claims [38] is granted. This case is dismissed without prejudice with leave to reinstate by 8/8/17. If no motion to reinstate has been filed by 8/8/17, this case will automatically be dismissed with prejudice. Civil case terminated. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.